**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **LOCHNER TECHNOLOGIES, LLC,** § § § § | |
| Plaintiff § | **CIVIL ACTION NO. 2:09-CV-177-TJW** |
| § | |
| v. § | **JURY TRIAL DEMANDED** |
| § | |
| **DELL INC., HEWLETT PACKARD COMPANY, FUJITSU COMPUTER SYSTEMS CORPORATION, and INTERNATIONAL BUSINESS MACHINES CORPORATION** § § § § § § § | |
| Defendants § § | |

## JOINT MOTION TO DISMISS INTERNATIONAL BUSINESS MACHINES CORPORATION WITH PREJUDICE

Lochner, Technologies, LLC ("Lochner") and International Business Machines Corporation ("IBM") have settled the claims by and between Lochner and IBM. Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Lochner and IBM hereby jointly move the Court to dismiss with prejudice all claims asserted by and between Lochner and IBM in this litigation. Each party will bear its own costs and attorneys' fees.

...

Respectfully submitted, this 21st day of October 2010.

| Respectfully submitted, | Respectfully submitted, |
|---|---|
| /s/ Marc A. Fenster (by permission HCG)<br>Marc A. Fenster, CA SB # 181067<br>Email: mfenster@raklaw.com<br>Stanley H. Thompson, Jr., CA SB # 198825<br>Email: sthompson@raklaw.com<br>Daniel C. Whang, CA SB # 223451<br>Email: dwhang@raklaw.com<br>RUSS, AUGUST & KABAT<br>12424 Wilshire Blvd., 12th Floor<br>Los Angeles, California  90025<br>Telephone:  (310) 826-7474<br>Facsimile:   (310) 826-6991<br><br>William Ellsworth Davis, III<br>Texas State Bar No. 24047416<br>Email: bdavis@bdavisfirm.com<br>THE DAVIS FIRM, PC – LONGVIEW<br>111 West Tyler Street<br>Longview, Texas  75601<br>Telephone:  (903) 230-9090<br>Facsimile:   (903) 230-9661<br><br><br>ATTORNEYS FOR PLAINTIFF<br>LOCHNER TECHNOLOGIES, LLC | /s/ Hilda C. Galvan<br>Hilda C. Galvan<br>Lead Attorney<br>Texas State Bar No. 00787512<br>Email:  hcgalvan@jonesday.com<br>Mark C. Howland<br>Texas State Bar No. 24027240<br>Email:  mchowland@jonesday.com<br>JONES DAY<br>2727 North Harwood Street<br>Dallas, TX  75201-1515<br>Telephone:  (214) 220-3939<br>Facsimile:   (214) 969-5100<br><br>ATTORNEYS FOR DEFENDANT<br>INTERNATIONAL BUSINESS<br>MACHINES CORPORATION |

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that all counsel of record who have consented to electronic service are being served with a copy of the foregoing document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on this the 21st day of October, 2010.

/s/ Hilda C. Galvan