**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | | |
|---|---|---|
| **LOCHNER TECHNOLOGIES, LLC,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § § | |
| **HEWLETT PACKARD COMPANY** | § § § § | **CIVIL ACTION NO. 2:09-CV-177-CE** |
| **Defendants.** | § § § § § | |

## JOINT MOTION TO STAY ALL DEADLINES BETWEEN PLAINTIFF LOCHNER TECHNOLOGIES, LLC AND DEFENDANT HEWLETT PACKARD COMPANY

NOW COME, Plaintiff Lochner Technologies, LLC ("Lochner") and Defendant Hewlett Packard Company ("HP") jointly move the Court to stay all deadlines up to and including February 15, 2011, and would show the Court as follows:

I.

The parties have reached a settlement in principle and are presently working towards memorializing final agreements between the parties.

II.

The parties jointly request a stay of upcoming deadlines until February 15, 2011, so that they may finalize settlement documents and prepare and file dismissal papers.

This extension is sought not for delay but for good cause and that justice may be served.

## **PRAYER**

Plaintiff Lochner and Defendant HP respectfully pray that the deadlines be stayed until February 15, 2011, and for such other and further relief as to which may show themselves justly entitled.

Dated: February 1, 2011

Respectfully submitted,                              Respectfully submitted,

*/s/ Danielle L. Goldstein*                          */s/ Daniel C. Whang*
Christine Saunders Haskett                           Marc A. Fenster, CA SB # 181067
CA Bar No. 188053                                    Email: mfenster@raklaw.com
Danielle L. Goldstein                                Bruce D. Kuyper, CA SB# 144969
CA Bar No. 257486                                    Email: bkuyper@raklaw.com
COVINGTON & BURLING LLP                              Stanley H. Thompson, Jr., CA SB # 198825
One Front Street                                     Email: sthompson@raklaw.com
San Francisco, CA 94111                              Daniel C. Whang, CA SB # 223451
Telephone: (415) 591-7000                            Email: dwhang@raklaw.com
Facsimile: (415) 955-6504                            RUSS, AUGUST & KABAT
Email: dgoldstein@cov.com                            12424 Wilshire Blvd., 12th Floor
                                                     Los Angeles, California 90025
Jennifer Parker Ainsworth                            Telephone:  (310) 826-7474
WILSON, ROBERTSON & CORNELIUS                        Facsimile:  (310) 826-6991
909 ESE Loop 323, Ste 400
P.O. Box 7339                                        William Ellsworth Davis, III
Tyler, Texas 75701                                   Texas State Bar No. 24047416
Telephone: 903.509.5000                              Email:  bdavis@bdavisfirm.com
Fax: 903.509.5092                                    THE DAVIS FIRM, PC - LONGVIEW
Email: jainsworth@wilsonlawfirm.com                  111 West Tyler Street
                                                     Longview, TX  75601
Attorneys for Defendant                              Telephone:  (903) 230-9090
**HEWLETT-PACKARD COMPANY**                          Facsimile:  (903) 230-9661

                                                     Attorneys for Plaintiff
                                                     **LOCHNER TECHNOLOGIES, LLC**

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that all counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3) on February 1, 2011.

>  */s/ Danielle L. Goldstein*
>  Danielle L. Goldstein

## CERTIFICATE OF CONFERENCE

This is to certify that counsel for Hewlett-Packard Company has conferred with Plaintiff's counsel concerning this motion and they do not oppose the motion.

>  */s/      Danielle L. Goldstein*
>  Danielle L. Goldstein