IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | | |
|---|---|---|
| **LOCHNER TECHNOLOGIES, LLC,** | § § § | |
| **Plaintiff,** | § § | |
| v. | § § § | |
| **HEWLETT PACKARD COMPANY** | § § § § | **CIVIL ACTION NO. 2:09-CV-177-CE** |
| **Defendants.** | § § § § | |

### ORDER GRANTING JOINT MOTION TO STAY ALL DEADLINES BETWEEN PLAINITFF LOCHNER TECHNOLOGIES, LLC AND DEFENDANT HEWLETT PACKARD COMPANY

Having considered the Joint Motion to Stay all Deadlines, the Court hereby GRANTS that Motion. It is therefore

ORDERED that all deadlines are stayed until February 15, 2011.

SIGNED this 2nd day of February, 2011.

_____
CHARLES EVERINGHAM IV
UNITED STATES MAGISTRATE JUDGE